**EDGE, A PROFESSIONAL LAW CORPORATION**
Daniel A. Rozenblatt (SBN 336058)
daniel.rozenblatt@edge.law
Natasha Dandavati (SBN 285276)
natasha.dandavati@edge.law
981 Mission Street 20
San Francisco, CA 94103
Telephone: (415) 515-4809

**CAPSTONE LAW APC**
Cody R. Padgett (SBN 275553)
cody.padgett@capstonelawyers.com
Nathan N. Kiyam (SBN 317677)
nate.kiyam@capstonelawyers.com
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811

**MORGAN, LEWIS & BOCKIUS LLP**
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
Phillip J. Wiese, Bar No. 291842
phillip.wiese@morganlewis.com
Christina Chen, Bar No. 294921
christina.chen@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:    +1.415.442.1000
Fax:   +1.415.442.1001

Attorneys for Defendants
HP, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RODNEY CARVALHO and MARK MAHER, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC., a Delaware corporation,<br><br>Defendant. | Case No.: 5:21-cv-08015-PCP<br><br>**STIPULATION AND REQUEST FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT AGREEMENT**<br><br>SAC Filed: July 15, 2022<br>Judge: Hon. P. Casey Pitts |

Plaintiffs Rodney Carvalho and Mark Maher ("Plaintiffs") and Defendant HP Inc. ("HP," and collectively with Plaintiffs, the "Parties"), by and through their respective counsel, hereby stipulate and request to file an amended version of the Settlement Agreement approved in this matter in conjunction with this Court's Order of February 24, 2025 granting Motion for Preliminary Approval of Class Action Settlement (dkt. 91).

## RECITALS

1. On January 30, 2025, Plaintiffs filed a Further Supplemental Brief in Support of Motion for Preliminary Approval of Class Action Settlement (dkt. 90), which included a revised Settlement Agreement (dkt. 90-1).

2. On February 24, 2025, the Court granted preliminary approval of the revised Settlement Agreement. *See* dkt. 91, Order Granting Motion for Preliminary Approval of Class Settlement.

3. Following discussions with representatives from various states' attorney general offices, the Parties agreed to amend the Settlement Agreement further to include the following clarifying language in Section 3.6(a):

> However, this Agreement is not intended to and does not prohibit a Class Member from responding to inquiries posited by federal, state or local agencies and/or law enforcement, even if the inquiries relate to the Released Claims. Similarly, this Agreement is not intended to and does not prohibit a Class Member from bringing their concerns to federal, state or local agencies and/or law enforcement, even if those concerns relate to the Released Claims.

The Amended Settlement Agreement reflecting this additional language is attached hereto as **Exhibit 1**. A redlined version of the prior Settlement Agreement is attached hereto as **Exhibit 2**. No other changes to the Settlement Agreement were made.

4. The addition of the clarifying language above does not affect the fairness, adequacy, or reasonableness of the proposed Settlement, nor does it have any impact on the relief to the class. Plaintiffs and their counsel continue to believe the Settlement represents substantial and valuable relief to the Class.

5. The Parties note that the above-referenced discussions with the state attorney general's offices and the addition of the clarifying language in Section 3.6(a) should not be presumed to be,

construed, or interpreted as the state attorneys general's affirmative approval of, support for, or objection to the terms of the settlement.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED and respectfully REQUESTED by and between the Parties that the Court permit the Amended Settlement Agreement to supersede and replace the previously preliminarily approved Settlement Agreement (dkt. 90-1) and GRANT preliminary approval of the Amended Settlement Agreement attached hereto as Exhibit 1 on the same terms set forth in the Court's Order Granting Motion for Preliminary Approval of Class Action Settlement (dkt. 91).

**IT IS SO STIPULATED.**

Dated: April 4, 2025

Respectfully submitted,

EDGE, A PROFESSIONAL LAW CORPORATION

By: */s/ Daniel A. Rozenblatt*
Daniel A. Rozenblatt
Natasha Dandavati

CAPSTONE LAW APC
Cody R. Padgett
Nathan N. Kiyam

*Attorneys for Plaintiffs*

Dated: April 4, 2025

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Molly Moriarty Lane*
Molly Moriarty Lane
Phillip J. Wiese
Christina Chen

*Attorneys for Defendant*

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs, whose electronic signature appears above, has concurred in this filing.

By: */s/ Natasha Dandavati*