UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RODNEY CARVALHO, et al., | Case No.21-cv-08015-PCP |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| HP, INC., | |
| Defendant. | |

On August 27, 2025, the Court granted the motion for final approval of the class action settlement. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 28, 2025

_____
P. CASEY PITTS
United States District Judge